**Central Financial Control**

PLAINTIFF'S EXHIBIT

P.O. Box 660873
Dallas, TX 75266-0873

(888)233-7880 Phone
(714)937-3427 Fax

January 15, 2015

Evelyn Allen
587 Carrington Cove
Alpharetta, GA 30005

| | |
|---|---|
| Patient: | Evelyn Allen |
| CFC Account #: | 1552621259 |
| Facility: | North Fulton Regional Medical Center |
| Date of Service: | 11/02/2013 |

Dear Ms. Allen:

We have reviewed and are in the process of investigating the information received from you. Our office has returned this account to the billing department for follow up with your insurance carrier, Blue Cross Blue Shield (BCBS). All collection activity has been suspended on the above mentioned account pending BCBS response.

In the spirit of cooperation, we wanted to follow up that letter by letting you know that we have requested Experian, Trans Union, and Equifax to remove the account. If the status of your account does not reflect this change after that time, please provide that particular credit reporting agency with a copy of this letter so that they may update your report.

When the investigation has been completed we will send to you a reply advising you of our conclusion, the amount which we determined is owed, and whether or not we will be recommencing debt collection activities. Please note, in order to prevent your account from re-reporting to the CRAs, please remit payment in full or set up a formal payment arrangement. Please contact 800-300-7192 for your payment options.

Sincerely,

Rod Waters
Inquiry Resolution Specialist

# fax cover

Central Financial Control
PO Box 660873
Dallas, TX 75266-0873
tel: 888-233-7880
fax: 714-937-3427

| | |
|---|---|
| Date January 15, 2015 | Number of pages (including cover page): 2 |
| To: Evelyn Allen | From: Angel Berrios |
| Title: | Title: Support, Inquiry Resolution Services |
| Company: | Company: Central Financial Control |
| Tel: | Tel: 888-233-7880 |
| Fax: 404-527-8041 | Fax: 714-937-3427 |

Message/Comments:

Re: Resolution letter dated 1/15/2015.

Confidentiality Note: The documents accompanying this transmission contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited, and that the documents should be returned to this Company immediately. In this regard, if you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.